UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VAN CLEVE ASHLEY, : | |
| Petitioner : | CIVIL ACTION NO. 3:21-0870 |
| v. : | (JUDGE MANNION) |
| WARDEN ERIC BRADLEY, : | |
| Respondent : | |

## ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice.

2. The Clerk of Court is directed to **CLOSE** the above captioned case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Dated: October 12, 2021
21-0870-01-Order